

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00292-CV

_____

IN RE NAUTILUS INSURANCE COMPANY, Relator

---

Original Proceeding
Trial Court No. 048-291812-17

---

Before Sudderth, C.J.; Meier and Kerr, JJ.
Per Curiam

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: September 19, 2018